# BERKE-WEISS & PECHMAN LLP
### ATTORNEYS AT LAW

488 Madison Avenue, New York, New York 10022
212-583-9500 • Fax 212-308-8582
www.bwp-law.com

December 19, 2014

**VIA ECF**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

    Re: *Ashraf Hussain v. 661 Northern Blvd, LLC d/b/a Burton & Doyle Steakhouse, et al.*, 14 Civ. 05924 (LDW) (SIL)

Dear Judge Wexler:

    Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw as counsel for plaintiff in the above referenced action. The reason for my request is that I am leaving the law firm of Berke-Weiss & Pechman LLP, effective December 31, 2014. The plaintiff will continue to be represented by counsel from Berke-Weiss & Pechman LLP.

    The current posture of the case is that defendants Burton and Doyle of Great Neck LLC and Mario Sbarro filed their Answer to plaintiff's complaint on December 3, 2014 and defendants 661 Northern Blvd, LLC, Bert E. Brodsky, and Joseph Zangri have been granted an extension of time to Answer or otherwise respond until January 30, 2015. An initial conference has not yet been scheduled. I am not asserting a retaining or charging lien.

Respectfully submitted,

Yesenia Francisco

cc: Randy Shawn Gidseg, Esq.
      Kelly Courtney Spina, Esq.
      Laurie Sayevich Horz, Esq.
      Sharon D. Simon, Esq.
      Reina Caprile, Esq.