UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHRAF HUSSAIN, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br> -against-<br><br>661 NORTHERN BLVD, LLC d/b/a BURTON & DOYLE STEAKHOUSE, BURTON AND DOYLE OF GREAT NECK LLC, MARIO SBARRO, JOSEPH ZANGRI, and BERT E. BRODSKY,<br><br>       Defendants. | 14 Civ. 5924 (LDW)(SIL)<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br>**ECF CASE** |

To: Randy Gidseg
   Littler Mendelson, P.C.
   290 Broadhollow Road, Suite 305
   Melville, New York 11747
   631-247-4708
   rgidseg@littler.com
   *Attorneys for Defendants*

  **PLEASE TAKE NOTICE,** that Plaintiff Ashraf Hussain, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendants 661 Northern Boulevard LLC, Bert E. Brodsky, and Joseph Zangri, dated and served January 22, 2015 in the above-entitled action.

Dated: New York, New York
     February 3, 2015

                PECHMAN LAW GROUP PLLC

                By: s/Louis Pechman
                  Louis Pechman
                  488 Madison Avenue, 11th Floor
                  New York, New York 10022
                  Telephone: (212) 583-9500
                  Facsimile: (212) 308-8582
                  pechman@pechmanlaw.com
                  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ASHRAF HUSSAIN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>661 NORTHERN BLVD, LLC d/b/a BURTON & DOYLE STEAKHOUSE, BURTON AND DOYLE OF GREAT NECK LLC, MARIO SBARRO, JOSEPH ZANGRI, and BERT E. BRODSKY,<br><br>　　　　　　　　　　Defendants. | 14 Civ. 5924 (LDW)(SIL)<br><br><br>**PROOF OF SERVICE**<br><br>**ECF CASE** |

I, Louis Pechman, an attorney duly admitted to practice before this Court and member of the Bar of State of New York, state the following under penalty of perjury:

　　　1.　　I am legal counsel to plaintiff in the above-entitled action, am over the age of 18 and not a party to this action.

　　　2.　　On February 3, 2015, I served plaintiff's acceptance of defendants' offer of judgment, in the above-entitled action, by serving a true and correct copy therefore via USPS regular mail and by electronic mail to:

　　　　　　　　　　Randy Gidseg
　　　　　　　　　Littler Mendelson, P.C.
　　　　　　　290 Broadhollow Road, Suite 305
　　　　　　　　　Melville, New York 11747
　　　　　　　　　　　631-247-4708
　　　　　　　　　　rgidseg@littler.com
　　　　　　　　　*Attorneys for Defendants*

Dated:　New York, New York
　　　　　February 3, 2015

　　　　　　　　　　　　　　　　　　PECHMAN LAW GROUP PLLC

　　　　　　　　　　　　　　　　　　By: s/Louis Pechman
　　　　　　　　　　　　　　　　　　　　Louis Pechman