UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHRAF HUSSAIN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>661 NORTHERN BLVD, LLC d/b/a BURTON & DOYLE STEAKHOUSE, BURTON AND DOYLE OF GREAT NECK LLC, MARIO SBARRO, JOSEPH ZANGRI, and BERT E. BRODSKY,<br><br>　　　　　　　　　　Defendants. | 14 Civ. 5924 (LDW)(SIL)<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br>**ECF CASE** |

To:   Randy Gidseg
　　　Littler Mendelson, P.C.
　　　290 Broadhollow Road, Suite 305
　　　Melville, New York 11747
　　　631-247-4708
　　　rgidseg@littler.com
　　　*Attorneys for Defendants*

　　　**PLEASE TAKE NOTICE**, that Plaintiff Ashraf Hussain, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendants 661 Northern Boulevard LLC, Bert E. Brodsky, and Joseph Zangri, dated and served January 22, 2015 in the above-entitled action.

Dated:　New York, New York
　　　　February 3, 2015

　　　　　　　　　　　　　　　　　　　PECHMAN LAW GROUP PLLC

　　　　　　　　　　　　　　　　　　　By: s/Louis Pechman
　　　　　　　　　　　　　　　　　　　　Louis Pechman
　　　　　　　　　　　　　　　　　　　　488 Madison Avenue, 11th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 583-9500
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 308-8582
　　　　　　　　　　　　　　　　　　　　pechman@pechmanlaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ASHRAF HUSSAIN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

-against-

661 NORTHERN BLVD, LLC d/b/a BURTON & DOYLE STEAKHOUSE, BURTON AND DOYLE OF GREAT NECK LLC, MARIO SBARRO, JOSEPH ZANGRI, and BERT E. BRODSKY,

    Defendants.

Civil Action No.
14-CV-05924 (LDW)(SIL)

**OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

TO:    Louis Pechman, Esq.
         Pechman Law Group PLLC
         488 Madison Avenue
         New York, New York 10022

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 661 Northern Blvd, LLC d/b/a Burton & Doyle Steakhouse, Joseph Zangri, and Bert E. Brodsky (collectively, the "661 Defendants"), by and through their attorneys, Littler Mendelson, P.C., hereby offer to allow judgment to be taken against them by Plaintiff Ashraf Hussain ("Plaintiff") in the total amount of FIVE THOUSAND DOLLARS ($5,000), less applicable taxes and deductions, plus an award of reasonable attorneys' fees and costs accrued to date in such amount to be determined by the Court, in full and final settlement of all of Plaintiff's claims against the 661 Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

    Plaintiff may accept this offer by serving written notice of acceptance within fourteen (14) days after service of this offer. Pursuant to Rule 68 of the Federal Rules of Civil Procedure and Rule 408 of the Federal Rules of Evidence, if this offer is not accepted within fourteen (14) days, it shall be deemed withdrawn and evidence thereof shall not be admissible except in a proceeding to determine costs, including reasonable attorneys' fees.

    This is an offer of compromise and is made for the purposes of Rule 68 of the Federal Rules of Civil Procedure only, and neither it nor any judgment resulting from this offer may be construed as an admission of the validity of any of Plaintiff's claims or an admission of liability

or unlawful conduct on the part of any of the 661 Defendants, or an admission that Plaintiff has suffered any damages.

Date: January 22, 2015
      Melville, New York

LITTLER MENDELSON, P.C.

By: _____
Randy S. Gidseg
290 Broadhollow Road, Suite 305
Melville, NY 11747
631.247.4700
rgidseg@littler.com

*Attorneys for Defendants
661 Northern Blvd, LLC, Joseph
Zangri, and Bert E. Brodsky*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHRAF HUSSAIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>661 NORTHERN BLVD, LLC d/b/a BURTON & DOYLE STEAKHOUSE, BURTON AND DOYLE OF GREAT NECK LLC, MARIO SBARRO, JOSEPH ZANGRI, and BERT E. BRODSKY,<br><br>Defendants. | 14 Civ. 5924 (LDW)(SIL)<br><br>PROOF OF SERVICE<br><br>ECF CASE |

I, Louis Pechman, an attorney duly admitted to practice before this Court and member of the Bar of State of New York, state the following under penalty of perjury:

1. I am legal counsel to plaintiff in the above-entitled action, am over the age of 18 and not a party to this action.

2. On February 3, 2015, I served plaintiff's acceptance of defendants' offer of judgment, in the above-entitled action, by serving a true and correct copy therefore via USPS regular mail and by electronic mail to:

Randy Gidseg
Littler Mendelson, P.C.
290 Broadhollow Road, Suite 305
Melville, New York 11747
631-247-4708
rgidseg@littler.com
*Attorneys for Defendants*

Dated:  New York, New York
        February 3, 2015

PECHMAN LAW GROUP PLLC

By: s/Louis Pechman
    Louis Pechman