UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ASHRAF HUSSAIN, on behalf of himself and
all others similarly situated,

        Plaintiff,

  -against-

BURTON AND DOYLE OF GREAT NECK LLC
and MARIO SBARRO,

        Defendants.
-----------------------------------------------------------X

ORDER

CV 14-5924

(Wexler, J.)

WEXLER, District Judge:

By Report and Recommendation ("R&R") of September 29, 2015 (docket entry 78), Magistrate Judge Steven I. Locke recommended that this Court grant Plaintiff's motion for leave to file an amended complaint in its entirety. The Court notes that no objections to the R&R have been filed and that an Amended Complaint was filed on November 17, 2015 (docket entry 83). The Court hereby adopts the R&R, and directs the Clerk of the Court to terminate the motions at docket entry 53 and 78.

SO ORDERED.

/s/
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
      February 26, 2016