UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ASHRAF HUSSAIN, on behalf of himself and all others similarly situated,

       Plaintiffs,

vs.

BURTON AND DOYLE OF GREAT NECK LLC, MARIO SBARRO AND GENNARO SBARRO,

       Defendants.
-------------------------------------------------------------X

Index No.:  14 Civ. 05924(SIL)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that defendants, MARIO SBARRO and BURTON AND DOYLE OF GREAT NECK LLC, hereby appears in the above entitled action and that the undersigned have been retained as counsel for defendants, MARIO SBARRO and BURTON AND DOYLE OF GREAT NECK LLC, and demands that a copy of all papers in the above entitled action be served upon GORDON REES SCULLY MANSUKHANI, LLP at 500 Mamaroneck Avenue, Suite 503, Harrison, New York 10528.

Dated:  Harrison, New York
     May 29, 2018

             Respectfully Submitted,

             GORDON REES SCULLY
             MANSUKHANI, LLP

By: _____
   Donald G. Derrico
   Attorneys for Defendants
   MARIO SBARRO and BURTON AND
   DOYLE OF GREAT NECK LLC
   500 Mamaroneck Avenue, Suite 503
   Harrison, NY  10528
   (914) 777-2225
   File No.:  SBARRO-1156908

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ASHRAF HUSSAIN, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BURTON AND DOYLE OF GREAT NECK LLC, MARIO SBARRO and GENNARO SBARRO,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No.: 14 Civ. 05924(SIL)

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED that GORDON REES SCULLY MANSUKHANI, LLP, with offices located at 500 Mamaroneck Avenue, Suite 503, Harrison, New York 10528, be substituted as counsel for the defendants, MARIO SBARRO, and BURTON AND DOYLE OF GREAT NECK LLC herein, in place and instead of STUART M. STEINBERG, ESQ.

Dated: 5/29, 2018
Harrison, NY

Dated: 5/29, 2018
Edgewood, NY

Incoming Counsel
GORDON REES SCULLY, MANSUKHANI, LLP

By: _____
Donald G. Defrico

500 Mamaroneck Avenue
Harrison, New York 10528
(914) 777-2225

Outgoing Counsel
STUART M. STEINBERG, ESQ

By: _____
Stuart M. Steinberg

2 Rodeo Drive
Edgewood, NY 11717
(631) 418-5659

## CLIENT ACKNOWLEDGEMENT

MARIO Sbarro
Print Name

_(signature)_
Signature

State of New York )
County of Suffolk ) SS:
)

On April 24, 2018, before me personally came MARIO SBARRO to me known, and known to me to be the same person described in and who executed this instrument, and he acknowledged to me that he executed this instrument.

Sworn to before me this

24 day of April, 2018

_(signature)_
Notary Public

CAROL WHALEN
Notary Public-State of New York
No. 01WH5066986
Qualified in Nassau County
Commission Expires October 7 2018