# CIVIL CAUSE FOR JURY TRIAL

BEFORE: STEVEN I. LOCKE, U.S.M.J.
DATE: 5/15/2019                                        TIME:   9:30   am ( 8.5  hours)

**CASE: CV 14-5924(SIL) Hussain v. 661 Northern Blvd, LLC et al**

APPEARANCES:         For Plaintiff: <u>Vivianna Morales</u>
                                    <u>Lillian Marquez</u>
                                    <u>Greg Slotnick</u>
                                    <u>Louis Pechman</u>

                     For Defendant: <u>Donald Derrico</u>
                                    <u>Francis Giambalvo</u>

COURT REPORTER:  M. Steiger and P. Lombardi

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Opening statements of plaintiff and defendant heard.
- ☒ Closing arguments of plaintiff heard.
- ☒ Closing arguments of defendant heard.
- ☒ Deputy Sworn.
- ☒ Jury Charged.
- ☒ Deliberations begin.
- ☒ Jury returns with a verdict for the <u>defendants.</u>
- ☐ Trial continued to _____ at   9:30 am.
- ☒ Other: Plaintiff's move to set aside the verdict and for judgment as a matter of law.